# *UNITED STATES DISTRICT COURT*
## *NORTHERN DISTRICT OF NEW YORK*

## <u>JUDGMENT IN A CIVIL CASE</u>

_____

**SUSAN GUINUP**

     vs.                            **CASE NUMBER: 5:07-CV-1120**
                                                     **(GTS/ATB)**

**PETR-ALL PETROLEUM CORPORATION;**
**and PETR-ALL PETROLEUM CONSULTING CORP.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment is GRANTED. Plaintiff's claims under New York State Labor Law are DISMISSED without prejudice to refiling in New York State Court within thirty days, pursuant to 28 U.S.C. § 1367(d).  Plaintiff's Complaint is DISMISSED.

All of the above pursuant to the Order of the Honorable Judge Glenn T. Suddaby, dated the 23rd day of August, 2010.

DATED: August 23, 2010

Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk